IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRUCE THOMPSON,

    Plaintiff,

v.                                  CASE NO. 4:24cv128-RH-MAF

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 33. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed." The clerk must close the file.

SO ORDERED on September 23, 2024.

                                        s/Robert L. Hinkle
                                        United States District Judge